IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ESTATE OF EDWARD J. KLOCKENKEMPER,
and ROCKY WELL SERVICE, INC.,

    Petitioners,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

    Respondent.                        No. 10-cv-325-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Rocky Well Service, Inc. of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Plaintiff Rocky Well Service, Inc. to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED**.

    Signed this 19th day of March, 2011.

*/s/ David R. Herndon*
David R. Herndon
2011.03.19 17:00:09 -05'00'

    **Chief Judge**
    **United States District Court**